EC.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

MAR 20 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Lois Yankah
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

UNKNOWN DUPAGE
COUNTY SHERIFF'S, DEPUTIES
and STAFF
DUPAGE COUNTY JAIL IL,
DUPAGE COUNTY IL,
_____

1:19-cv-01936
Judge Jorge L. Alonso
Magistrate Judge Sunil R. Harjani

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

✓  **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Lois Yankah

B. List all aliases: N/A

C. Prisoner identification number: 249537

D. Place of present confinement: N/A

E. Address: N/A

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Unknown Dupage County Sheriff's, Deputies and Staff

Title: N/A

Place of Employment: Dupage County Sheriff's Office

B. Defendant: Dupage County Jail

Title: N/A

Place of Employment: N/A

C. Defendant: Dupage County IL,

Title: N/A

Place of Employment: N/A

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 2:18 cv 177

B. Approximate date of filing lawsuit: 4/3/18

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Lois Yonkoh

D. List all defendants: Sgt Moore, Sgt Roney, Sgt Hickleberry, Sgt Jones, Sgt Thomas, Sgt Gordley, Sgt King, Sgt Laing, Lt. Peterson, Lt Whyche, Lt Col Minton, Ofc Mirkin, Ofc Pegram, Ofc Wilkins, Ofc Copeland, Ofc Beach, Ofc Barbour, Ofc McCloud, Ofc Richard Roe

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Eastern District Court of Virginia, Norfolk Division

F. Name of judge to whom case was assigned: Honorable Judge Mark S. Davis

G. Basic claim made: 42 USC 1983

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 2:18cv222

B. Approximate date of filing lawsuit: 4/27/18

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Lois Yankah

D. List all defendants: Riverside Regional Jail Authority, Corizon

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Eastern District of Virginia, Norfolk Division

F. Name of judge to whom case was assigned: Honorable Judge Mark S. Davis

G. Basic claim made: Title VI of Civil Rights Act 1964 42 USC 2000d

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: 2:18 cv 365

   B. Approximate date of filing lawsuit: 7/11/18

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Lois Yankah

   D. List all defendants: Dit D. Bron, Cpl John Farmer Jnr, Chesterfield County Police Department, Dit Dale Schamburg, City of Richmond Police Department, Chesterfield County/Colonial Heights Crime Solvers

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Eastern District of Virginia, Norfolk Division

   F. Name of judge to whom case was assigned: Honorable Judge Mark 6. Davis

   G. Basic claim made: 42 USC 1983

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

   I. Approximate date of disposition: October 30, 2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 26, 2017 when I answered "NO" to the question "Were you born in the United States?" upon arrest, Dupage County Jail officials unlawfully contacted ICE (Immigration and Customs Enforcement) for a detainer. This detainer was listed on my jail profile as a public record and used by the jail to determine eligibility into programs. During my incarceration at the jail immigrants who were serious about addiction recovery were denied eligibility into recovery housing and programs as well as those interested in working as trustees because of the ICE detainers they obtain. In retaliation to exercising my right to free speech and expression by stating it was unlawful and an act of discrimination for jail officials to contact ICE for a detainer just based on the knowledge that an immigrant was not born in the United States and to not the detain-

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

to deny them eligibility into programming on or about April 28th when I was being booked in the facility after being held in a holding cell since April 26, 2017, I was denied access to my cell phone to retrieve important phone numbers and a phonecall to let my family know I had been arrested.

On or about May 9th 2017, I was denied bail because of this ICE detainer. In retaliation to complaining in court that it was an act of discrimination to deny me bail because of an ICE detainer, my national origin and requesting the public defender's office to withdraw as counsel for expressly condoning discrimination against me by not informing the court that it was stated on all ICE detainers not to be used as a reason to deny bail, the State Attorney's Office unlawfully obtained a Governors warrant to prevent me from being granted bail and in addition received inadequate medical care. I was relocated to the hole, disciplinary segregation and housed

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

under the same conditions as other inmates who were serving sentences for violating jail rules while on medical watch. everytime my symptoms returned. The public Defender's office also informed me that asking them to withdraw as counsel wouldnot change my no bail status, because it was a policy in Dupage County. Judges in the Dupage County Circuit Court wouldnot grant me or any immigrant with an immigration detainer bail. When I complained to medical staff about the inhumane conditions I was being housed on medical watch, I was informed that was the space jail authorities had approved for me to be housed. I was incarcerated at the Dupage County jail for about 6 months without bail before my extradition to Virginia to answer charges on a false police report. On or about October 19th 2017, Dupage County Jail officials gave law enforcement from Richmond Virginia the ICE detainer which was also passed on to Jail officials at the Richmond City Justice Center

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

with my paperwork. Because of this ICE detainer, I was unable to post bond at the Richmond City Jail in Virginia and it prevented my release when the court disposed of the false charges against me on or about November 16, 2017. These adverse actions taken against me in retaliation to my discrimination complaint deprived and violated me of my right to communicate with my family and friends, right to liberty, right against cruel and unusual punishment and right to medical aid under the 1st, 5th, 8th and 14th Amendments respectively. I suffered emotional distress, mental anguish and pain as a result of their retaliation.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order or Ban Dupage County Jail from unlawfully contacting ICE when they come in contact with immigrants, from using ICE detainers to deny immigrants eligibility into programming. Ban DuPage County Courts from using ICE detainers to deny immigrants bail. Award an amount including punitive damages. Ban DuPage County Jail from punishing prisoners who seek medical aid, to comply with the general standards of the American Correctional Association.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __March__, 20 __19__

__[signature]__
(Signature of plaintiff or plaintiffs)

__Lois Yankah__
(Print name)

__249537__
(I.D. Number)

__1264 Kilberry Lane__
__North Aurora, IL 60542__
(Address)